IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MIDFIRST BANK,

Plaintiff,

    vs.

PAULA HANSON, as Independent
Administrator of the Estate of Gregory
Hanson a/k/a Gregory S. Hanson, Deceased,
UNITED STATES OF AMERICA,
UNKNOWN OCCUPANTS, UNKNOWN
OWNERS, and NON-RECORD
CLAIMANTS,

Defendants.                                                    Civil Action No. 12-cv-1104

## ORDER

    THIS CAUSE having come before the court on the Stipulation filed herein by Plaintiff, Midfirst Bank, by its attorney, Joseph Mungovan Herbas of Fisher and Shapiro, LLC, and Defendants, Paula Hanson, as Independent Administrator of the Estate of Gregory Hanson, by her attorney, Sarah J. Taylor of Barrett, Twomey, Broom, Hughes & Hoke, LLP, and the United States of America, by its attorneys Stephen R. Wigginton, United States Attorney, and J. Christopher Moore, Assistant United States Attorney; the Court having considered the Stipulation, the Stipulation is hereby approved.

    THE COURT HEREBY FINDS:

    1.    Plaintiff is entitled to the entry of a Judgment of Foreclosure and Sale, provided that no deficiency is sought against the Estate of Gregory Hanson or any of the beneficiaries of the Estate; and

2. The interest of the United States Department of Housing and Urban Development in the property is waived.

**IT IS SO ORDERED.**

Signed this 26th day of July, 2013.

Digitally signed by David R. Herndon
Date: 2013.07.26 14:10:38 -05'00'

**Chief Judge**
**United States District Court**