IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MIDFIRST BANK,**

**Plaintiff,**

vs.

**PAULA HANSON, as Independent Administrator of the Estate of Gregory Hanson a/k/a Gregory S. Hanson, Deceased, UNITED STATES OF AMERICA, UNKNOWN OCCUPANTS, UNKNOWN OWNERS, and NON-RECORD CLAIMANTS,**

**Defendants.**                                    Civil Action No. 12-cv-1104

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to remand (Doc. 24). On September 25, 2012, Midfirst Bank filed a foreclosure of mortgage action under the Illinois Mortgage Foreclosure Law, 735 ILCS 5/15-1501 et seq., against the above-named defendants in the Circuit Court of Jackson County, Illinois. The United States promptly filed a Notice of Removal on October 16, 2012, removing the action to this federal district court under 28 U.S.C. §§1441(c), 1442(a) and 1444, as Midfirst Bank sought to foreclose an interest of the United States (Doc. 3).

On July 26, 2013, the parties filed a joint stipulation (Doc. 15) approved by the Court (Doc. 16) in which the United States disclaimed any interest in the property that is the subject of this foreclosure. Pursuant to the order approving the stipulation (Doc. 16), Midfirst Bank asks the Court to remand this action back

to state court without objection from defendants (Doc. 24). Based on the reasons stated in the motion, the Court finds that remand is now appropriate.

Accordingly, the Court **GRANTS** Plaintiff Midfirst Bank's motion to remand (Doc. 24), and **REMANDS** this matter to the First Judicial Circuit Court of Jackson County, Illinois for further proceedings. The Court **DENIES as moot** all other pending motions (Docs. 20, 21, 22, 23).

**IT IS SO ORDERED.**

Signed this 11th day of December, 2014.

Digitally signed by David R. Herndon
Date: 2014.12.11 16:26:46 -06'00'

**District Judge**
**United States District Court**